PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 5:12-cr-00034-002 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| DESHAWN ANTONIO GALL, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's Report and

Recommendation ("R&R") that the Court accept Defendant Deshawn Antonio Gall's

("Defendant") pleas of guilty and enter findings of guilty against Defendant.  ECF No. 16.

On January 18, 2012, the Government filed an Indictment against Defendant alleging one

count in violation of 18 U.S.C. § 2113(a) and (d), armed bank robbery, and one count in violation

of 19 U.S. C. § 924(c)(1)(A)(iii) and Section 2, use of a firearm during a crime of violence.  ECF

No. 7.  At arraignment on January 26, 2012, before Magistrate Judge Kathleen B. Burke,

Defendant entered not guilty pleas as to Counts 1 and 2 of the indictment.  Thereafter, the Court

was notified of Defendant's intent to enter a guilty plea and issued an order referring the matter

to Magistrate Judge Burke for the purpose of receiving Defendant's guilty plea.  ECF No. 10.

A hearing was held on March 16, 2012 before Magistrate Judge Burke during which

Defendant consented to the order of referral (ECF No. 15) and entered guilty pleas as to Count 1

and 2 of the Indictment.  Magistrate Judge Burke received Defendant's guilty pleas and issued a

(5:12-cr-00034-002)

report recommending that this Court accept Defendant Gall's plea and enter a finding of guilty.

ECF No. 16.

The time limitation to file objections to the Magistrate Judge's report and

recommendation has expired and neither party has filed objections or requested an extension of

time.

Fed. R. Crim. P. 11(b) states:

Before the court accepts a plea of guilty or nolo contendere, the defendant may be placed under oath, and the court must address the defendant personally in open court. During this address, the court must inform the defendant of, and determine that the defendant understands, the following: (A) the government's right, in a prosecution for perjury or false statement, to use against the defendant any statement that the defendant gives under oath; (B) the right to plead not guilty, or having already so pleaded, to persist in that plea; (C) the right to a jury trial; (D) the right to be represented by counsel—and if necessary have the court appoint counsel—at trial and at every other stage of the proceeding; (E) the right at trial to confront and cross-examine ad-verse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to com-pel the attendance of witnesses; (F) the defendant's waiver of these trial rights if the court accepts a plea of guilty or nolo contendere; (G) the nature of each charge to which the defendant is pleading; (H) any maximum possible penalty, including imprisonment, fine, and term of supervised release; (I) any mandatory minimum penalty; (J) any applicable forfeiture; (K) the court's authority to order restitution; (L) the court's obligation to impose a special assessment; (M) in determining a sentence, the court's obligation to calculate the applicable sentencing-guideline range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. §3553(a); and (N) the terms of any plea-agreement provision waiving the right to appeal or to collaterally attack the sentence.

The undersigned has reviewed the transcript and the Magistrate Judge's Report and

Recommendation and finds, that in her careful and thorough proceeding, the Magistrate Judge

satisfied the requirements of Fed. R. Crim. P. 11 and the United States Constitution.   Defendant

was placed under oath and determined to be competent to enter a plea of guilty.  Defendant was

(5:12-cr-00034-002)

made aware of the charges and consequences of conviction and his rights and waiver thereof.

The Magistrate Judge also correctly determined that the defendant had consented to proceed

before the Magistrate Judge and tendered his pleas of guilty knowingly, intelligently and

voluntarily.  Furthermore, the Magistrate Judge also correctly found that there was an adequate

factual basis for the plea of guilty.

Upon *de novo* review of the record, the Magistrate Judge's Report and Recommendation

is adopted.  The Defendant is adjudged guilty of Counts 1and 2 of the Indictment, armed bank

robbery in violation of 18 U.S.C. § 2113(a) and (d) and use of a firearm during a crime of

violence in violation of 19 U.S. C. § 924(c)(1)(A)(iii) and Section 2.

IT IS SO ORDERED.

May 15, 2012
Date

/s/ Benita Y. Pearson
Benita Y. Pearson
United States District Judge